UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | |
| ) | No. 4:22CR00708 RWS |
| ) | |
| MARIO C. COOKS,   ) | |
| ) | |
| Defendant.   ) | |

**STATEMENT OF THE GOVERNMENT REGARDING PRESENTENCE REPORT**

COMES NOW the United States of America, by and through Sayler Fleming, United States Attorney for the Eastern District of Missouri, and Tracy L. Berry, Assistant United States Attorney for said District, and pursuant to Paragraph 7 of the Administrative Order of this Court, states that it has no objection to the facts and calculations set forth in the Presentence Report.

Respectfully submitted,

SAYLER FLEMING
United States Attorney

s/ Tracy Lynn Berry
TRACY LYNN BERRY #014753 TN
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri   63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

Copy of the foregoing was forwarded through the Court's electronic case filing system this 20th day of December, 2023, to counsel for Defendant.

s/ Tracy Lynn Berry
ASSISTANT UNITED STATES ATTORNEY